IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLEN BOWLIN, Individually and d/b/a
LEROY BOWLIN HEATING AND AIR
CONDITIONING, INC.                                          PLAINTIFF

VS.                    CAUSE NO.: 5:12CV133BRW

BANK OF AMERICA CORPORATION;
LVNV FUNDING, LLC; CAPITAL
MANAGEMENT SERVICES, LP;
AND RESURGENT CAPITAL SERVICES, LP            DEFENDANTS

## ORDER OF DISMISSAL

Upon Motion of the Plaintiff, Glen Bowlin, Individually and d/b/a Leroy Bowlin Heating and Air Conditioning, Inc., the Complaint and Amended Complaint filed herein against Defendants, Bank of America Corporation; LVNV Funding, LLC; Capital Management Services, LP; and Resurgent Capital Services, LP, should be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED, this the ___8th___ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

cc:   Mr. James W. Haddock
      Mr. Phil Campbell/Mr. Eric R. Gribble
      Mr. James W. Earley